**Humberto CUENCA, Petitioner,**

v.

**Jeff B. SESSIONS, Attorney General, Respondent.**

**No. 15-72032**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 22, 2017

Delfino Varela, Attorney, The Law Office of Delfino Varela, Los Angeles, CA, for Petitioner

Joseph Anthony O'Connell, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Humberto Cuenca, a native and citizen of Guatemala, petitions for review of the

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for special rule cancellation of removal under the Nicaraguan Adjustment and Central American Relief Act ("NACARA"). We dismiss the petition for review.

To the extent Cuenca meaningfully challenges the agency's decision to deny his application for NACARA relief, we lack jurisdiction to review the agency's adverse credibility determination and its determination that Cuenca is not eligible for NACARA relief. *See Ixcot v. Holder*, 646 F.3d 1202, 1213-14 (9th Cir. 2011) (the court is precluded from reviewing agency's factual determination that alien is ineligible for special rule cancellation of removal under NACARA).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.